STATE of Missouri, Respondent,

v.

**Reginald GANT, Appellant.**

**No. WD 61457.**

Missouri Court of Appeals,
Western District.

Nov. 12, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 2003.

Carl W. Bussey, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, and Dora A. Fichter, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, C.J., ROBERT G. ULRICH and RONALD R. HOLLIGER, JJ.

## ORDER

PER CURIAM.

Reginald Gant appeals his conviction following a bench trial for drug trafficking in the second degree, section 195.223.3, RSMo 2000, and sentence as a prior drug offender of fourteen years imprisonment. He claims on appeal that the trial court erred in denying his motion to suppress twenty-eight grams of crack cocaine seized from his person. The judgment of conviction is affirmed. Rule 30.25(b).